# United States District Court

## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR125-043**

United States of America

vs.

**Laura Frantz / 62**
**10:02 am - 10:24 am**

_____

Defendant/Age

**Jennifer Thompson**
_____

U. S. Attorney

**Jesse Owen**
_____

Attorney for Defendant

[✓] Plea agreement **(Received).**    [✓] Defendant Sworn    [ ] Counsel Waived.

[ ] Plea agreement previously filed.

[ ] Arraigned and plead _____ to count(s) _____ .

[✓] Plea of not guilty withdrawn and plea of _____ **Guilty** _____ entered as to count(s)

_____ **One** _____ of the indictment.    **by proffer**

[✓] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis _____ .

[✓] Adjudication of guilt **Made.**

[✓] Referred to probation office for pre-sentence investigation **Yes.**

[✓] Sentencing Scheduled for _____ **a later date** _____ at _____ .

[✓] Bond Continued **Yes.**    Bond modified to _____ .

Bond set at _____  _____

[ ] Bond not made defendant in jail.

[ ] Defendant remanded to custody of United States Marshal.

Honorable **J. Randal Hall, Judge, U. S. District Court**    Date **January 7, 2026**

Court Reporter    **Lisa Davenport**    Probation Officer

Courtroom Deputy Clerk    **Lisa Widener**    U.S. Marshal