UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

### SENTENCING MINUTES

CASE NO. _CR 125-043_          DATE: _06/09/2026_

USA V. _Laura Frantz_          TIME: _1113am_ to _1142am_

JUDGE:  Honorable J. Randal Hall          COURTROOM DEPUTY:  Lisa Widener

COURT REPORTER:  Lisa Davenport

ATTORNEY(S) FOR THE GOVERNMENT:          ATTORNEY(S) FOR THE DEFENDANT:

_Patricia Rhodes_          _Jesse Owen_

PROBATION OFFICER:          DEFENDANT SENTENCED ON COUNT(S):

_Joseph Brown_          _One_

---

_Y_ PSR reviewed in full

_N_ Objections to factual basis

_N_ Objections to Guideline Calculations

_N_ Changes ordered

_____

_N_ Factual Witnesses

_Y_ Statement by Counsel

_Y_ Statement by Defendant

_Y_ Appeal rights explained/(waived)

Facility requested/recommended:

_medical facility_

Defendant remanded _—_

Voluntary surrender _08/10/2026 by 200pm_

Departure from guidelines _N_

Custody: _27_ months

_____

Supervised Release: _3_ years

_____

_Y_ Standard and Special Conditions of Release
to be explained by USPO and a written copy to be
provided to defendant

Probation _—_

Fine $ _—0—_

Restitution $ _138,673.00_

Special Assessment: _$100.00_

Community Service: _—_ hours within first

_—_ months of release

Dismiss Count(s) _2 0 3_

Plea agreement accepted _Y_

Upward _—_ Downward _—_